UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 1:16CR35 RLW |
| JULIUS LAMON JONES, | ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Abbie Crites-Leoni (ECF No. 49). Defendant Jones filed a Motion to Suppress Evidence and Statements (ECF No. 27). The United States filed a response opposing Defendant's Motion. (ECF Nos. 32).

Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Crites-Leoni, who filed the Report and Recommendation of United States Magistrate on December 8, 2016. (ECF No. 49). Defendant Jones filed objections to the Report and Recommendation of the United States Magistrate Judge on December 19, 2016. (ECF No. 54). Defendant Jones' objections merely referenced the reasons set forth in his Motion to Suppress Evidence and Statements. The Court finds that Defendant Jones's objections are not persuasive.

The Magistrate Judge recommends that Defendant Jones' Motion to Suppress Evidence and Statements (ECF No. 49) be denied. After *de novo* review of this matter, this Court adopts the Magistrate Judge's recommendations.

1

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 49) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Motion to Suppress Evidence and Statements (ECF No. 27) is **DENIED**.

Dated this 28th day of December, 2016.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE